AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the Priority Mail parcel bearing tracking number **9405 5112 0622 3884 4849 72**, addressed to: "MONTREZ WYNN 100 FORESTWOOD DR FERGUSON MO 63135" with a return address of "HOBBY HOUSE 2523 NEWMAN AVE TUSTIN CA 92782." | )<br>)<br>)<br>)  Case No. 4:23 MJ 7104 SPM<br>)<br>) SUBMITTED TO THE COURT AND<br>) SIGNED BY RELIABLE ELECTRONIC MEANS<br>)<br>) |

FILED

MAR 3 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____EASTERN____ District of ____MISSOURI____
*(identify the person or describe the property to be searched and give its location)*:

the Priority Mail parcel bearing tracking number **9405 5112 0622 3884 4849 72**, addressed to: "MONTREZ WYNN 100 FORESTWOOD DR FERGUSON MO 63135" with a return address of "HOBBY HOUSE 2523 NEWMAN AVE TUSTIN CA 92782."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances and/or United States currency.

**YOU ARE COMMANDED** to execute this warrant on or before __March 16, 2023__   *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m. ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Shirley P. Mensah _____.
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*      ❑ until, the facts justifying, the later specific date of _____.

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date and Time issued: 3/3/2023 at 9:50am  _____
*Judge's Signature*

City and State:   St. Louis, MO _____   Hon. Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

## Return

| Case No.:<br>4:23 MJ 7104 SPM | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*





## PRIORITY MAIL 2-DAY™

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 7 FLAT RATE

**0023**

Hobby House
2523 Newman Ave
Tustin CA 92782

SHIP
TO:

**MONTREZ WYNN**
**100 FORESTWOOD DR**
**FERGUSON MO 63135**

USPS TRACKING #



9405 5112 0622 3884 4849 72

## METROPOLITAN POLICE DEPARTMENT – CITY OF ST. LOUIS
### Intra-Department Report and Correspondence Sheet

**Date:**       January 5th, 2023

**To:**         United States Postal Inspection Service

**From:**       Detective David E. Wilson, DSN 7893/442

**Subject:**    Canine Noco Quailifications Information

**Copies:**

---

The following information is in regards to canine Noco, a passivie alert, single purpose narcotics detection dog;

Name: Noco
Age: 5 years old
Breed: Black Labador Retriever.
D.O.B. 10/19/2017

Noco graduated from the Saint Louis Metropolitan Police Department Canine School on February 27th 2020 with his handler, Detective David E. Wilson.

Noco is trained to detect the following narcotics; Marijuana, Heroin, Black tar heroin, Crack Cocaine, Cocaine, Methamphetamine, MDMA (ecstasy) and Psilocybin ("mushrooms").

Noco and I train at least 2 times a month and we are certified with the American Mantrailing, Police & Work Dog Association (AMPWDA). I attended and passed the A.M.P.W.D.A annual National certification course on April 4th, 2022.

I have been a certified canine handler for three years.

It should be noted, Noco, has been certified with a previous handler with the North County Co-Operation Police Department and has had excellent results with them prior to them disbanding their Canine Unit.

Respectfully submitted;


Detective David E. Wilson, DSN 7893/442

MPD Form GEN-72